UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DANIEL SEYMOUR,

       Plaintiff,

  v.

GC SERVICES, LP

       Defendant.

Civil Action No.: 1:14-cv-00045-HSO-RHW

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DANIEL SEYMOUR and Defendant, GC SERVICES, LP, stipulate, and the Court hereby orders, as follows:

1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DANIEL SEYMOUR, against Defendant, GC SERVICES, LP, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: June 18, 2014

                      KROHN & MOSS, LTD.

                      /s/ Shireen Hormozdi
                      Shireen Hormozdi
                      Attorney for Plaintiff,
                      DANIEL SEYMOUR

Dated: June 18, 2014

                      /s/ J. Mitchell Frost, Jr.
                      J. Mitchell Frost, Jr.
                      Attorney for Defendant,
                      GC SERVICES, LP